## MOTION DOCKET

**90-1898.** State v. Pierce. *Delaware County,* No. 89–CA–30. On motion for leave to file *amicus* of Ohio Attorney General. Motion granted.

**91-1060.** Crock v. Crock. *Noble County,* No. 202. On motion for leave to file appellant's brief instanter. Motion granted.

**91-1672.** Marker v. Grimm. *Jefferson County,* No. 90–J–29. On motion for leave to file *amicus* of Association for Children and Enforcement of Support. Motion granted.

**91-2000.** Williams v. Aetna Finance Co. *Hamilton County,* No. C–900663. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.
HOLMES, J., dissents.

**91-2041.** Reams v. Reams. *Franklin County,* Nos. 90AP–1137 and 90AP–1275. On motion for leave to file *pro se* memorandum and request for extension of time. Motion and request granted.

**91-2331.** State v. Frazier. *Medina County,* No. 1983. On motion for leave to amend memorandum in support. Motion granted.

**91-2454.** Golden v. Levine. *Cuyahoga County,* No. 59086. On motion for leave to file memorandum in support of cross-appeal instanter. Motion granted.

**91-2486.** Ohio Dept. of Liquor Control v. Sons of Italy Lodge 0917. *Franklin County,* No. 90AP–1359. On motion for leave to file appellant's record instanter. Motion granted.

**91-2533.** Hawkes v. United Parcel Serv., Inc. *Hamilton County,* No. C–900800. On motion to strike memorandum in support. Motion granted.
SWEENEY, DOUGLAS and H. BROWN, JJ., dissent.

**91-2562.** State v. Konoff. *Ottawa County,* No. 90–OT–036. On motion for leave to withdraw as counsel. Motion granted.

**92-143.** Weisberger v. Home Ins. Companies. *Cuyahoga County,* No. 59107. On motion to dismiss, motion for attorney fees, motion to strike and to seal record, motion for leave to file notice of appeal instanter, and cross-motion for sanctions. Motion for leave to file notice of appeal instanter granted; all other motions denied.

**92-168.** State v. Drake. *Hamilton County,* No. C–910147. On motion for leave to file memorandum in support instanter. Motion granted.
WRIGHT, J., dissents.

**92-170.** State v. Cameron. *Hamilton County,* No. C–910208. On motion to dismiss. Motion denied.
On motion for leave to file memorandum in support instanter. Motion granted.
On motion to strike. Motion denied.

**92-194.** State v. Nicholas. *Warren County,* No. CA91–01–004. On motion to stay pending decision in 90–1898, *State v. Pierce,* Delaware County No. 89–CA–30. Motion denied.
MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.